Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



## MEMORANDUM OPINION

No. 04-11-00769-CV

Ronald Dwayne **WALKER**,
Appellant

v.

Ben G. **MARIN**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 372125
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
           Steven C. Hilbig, Justice
           Marialyn Barnard, Justice

Delivered and Filed:  April 25, 2012

DISMISSED

      Appellant, Ronald Dwayne Walker, appealed the trial court's judgment in Cause Number 372125. Appellant's brief was originally due December 23, 2011. We granted appellant an extension until January 23, 2012 to file his brief. Because appellant failed to file his brief we ordered appellant to file, on or before March 16, 2012, his appellant's brief and a written response reasonably explaining his failure to timely file the brief. We advised appellant that if he failed to file a brief and the written response by the date ordered, we would dismiss the appeal

for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (court may dismiss appeal because appellant has failed to comply with a court order within the time provided). Appellant has not filed a brief or the written response ordered by the court.

We therefore order this appeal dismissed. We further order that appellee recover his costs in this appeal from appellant.

PER CURIAM